UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA          )
                                  )
v.                                )          No.  3:12-00222
                                  )          JUDGE CAMPBELL
MARCELLUS HARRIS                  )

ORDER

Pending before the Court are Defendant Harris's Motion To Transfer (Docket No. 20)

and Motion For Return Of Personal Property (Docket No. 21).  The Government shall file a

response to the Motions on or before July 25, 2013.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE