UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:12-00222 |
| ) | JUDGE CAMPBELL |
| MARCELLUS HARRIS ) | |

ORDER

Pending before the Court is the United States' Response to Defendant's Motion to Transfer And Request For Extension Of Time In Which To Respond To Defendant's Motion For Return Of Personal Property (Docket No. 23). The Government's request for an extension of time, until August 8, 2013, in which to respond to the Defendant's Motion For Return Of Personal Property is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE