UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:12-00222 |
| | ) | JUDGE CAMPBELL |
| MARCELLUS ANTONIO HARRIS | ) | |

## ORDER

Pending before the Court is the Defendant's Motion To Suppress Evidence Obtained From Law Enforcement's Illegal Entry Into 200 Paragon Mills Road, Apartment D-20 (Docket No. 48). The Court will hold a hearing on the Motion on January 23, 2014, at 9:00 a.m.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE